UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CACEIS BANK LUXEMBOURG and CACEIS BANK.,<br><br>    Defendants. | Adv. Pro. No. 11-02758 (CGM) |

**ERRATA ORDER REGARDING MEMORANDUM DECISION**

  The Memorandum Decision Denying Defendants' Motion to Dismiss, dated February 26, 2024 (ECF No. 147), should be corrected as follows. On page 3, the sentence entered as

  "Personal jurisdiction has been contested by this Defendant and will be discussed *infra*."

should be corrected to read as follows:

"Personal jurisdiction has not been contested by these Defendants."



**Dated: February 28, 2024**
**Poughkeepsie, New York**

**/s/ Cecelia G. Morris**
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**